UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KINABALU STRATEGIC INVESTMENT FUND LLC; by and through ROGUE VENTURES LLC (Managing Member),<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No. C-04-5291-JSW<br><br>ORDER |

The parties having stipulated to continuance for at least sixty (60) days of the case management conference set for May 20, 2005,

IT IS HEREBY ORDERED THAT the case management conference set for May 20, 2005 is continued to __August 6,_____, 2005 at __1:30 p.m._____.

Dated: May 10, 2005           /s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE