|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | NORTHERN DISTRICT OF CALIFORNIA | |
| 3 | SAN FRANCISCO DIVISION | |

4  KINABALU STRATEGIC INVESTMENT )   Case No. C-04-5291-JSW
   FUND LLC; by and through ROGUE )
5  VENTURES LLC (Managing Member), )
                                   )   AMENDED
6              Petitioners,        )   ORDER
                                   )
   v.                              )
7                                  )
   UNITED STATES OF AMERICA,       )
8                                  )
               Respondent.         )
9  _____)

The parties having stipulated to continuance for at least sixty (60) days of the case management conference set for May 20, 2005,

IT IS HEREBY ORDERED THAT the case management conference set for May 20, 2005 is continued to  August 5         , 2005 at  1:30 p.m.         .

Dated:  May 10, 2005              /s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE