UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KINABALU STRATEGIC INVESTMENT FUND LLC; by and through ROGUE VENTURES LLC (Managing Member),  ) ) ) ) | Case No. C-04-5291-JSW |
| Petitioners,  ) | ORDER |
| v.  ) ) | |
| UNITED STATES OF AMERICA,  ) ) | |
| Respondent.  ) ) | |

The parties having stipulated to continuance for at least thirty (30) days of the case management conference set for August 5, 2005,

IT IS HEREBY ORDERED THAT the case management conference set for August 5, 2005 is continued to  October 7 , 2005 at 1:30 p.m. .

Dated: July 25, 2005 

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE